UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SERGIO RAMIREZ, | ) | |
| Plaintiff, | ) | 2:09-cv-1125-PMP-RJJ |
| vs. | ) | |
| CHAIN CONSORTIUM, *et al.,* | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a Notice of Withdrawal as Attorney of Record for Creditors Kabins Family LLC and The Lori C. Kabins Separate Property Trust. (#327).

The Court has reviewed the Notice (#327) and has been advised by attorney J. Scott Burris that he has left the law firm of Wilson Elser Moskowitz Edelman & Dicker however, the Plaintiff's are still represented by said firm. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Court will treat the Notice of Withdrawal as Attorney of Record (#327) as a Motion to Remove Counsel From CM/ECF Service List.

IT IS THEREFORE ORDERED that the Motion to Remove Counsel From CM/ECF Service List (#327) is GRANTED in that J. Scott Burris, Esq. shall be removed forthwith from the CM/ECF service list on this case.

IT IS FURTHER ORDERED that service shall continue on the law firm of Wilson Elser Moskowitz Edelman & Dicker.

DATED this  28th  day of December, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge