UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KABINS FAMILY, LLC., etc., *et al.*,

    Plaintiff,

vs.

CHAIN CONSORTIUM, etc.,

    Defendant,

2:09-cv-1125-GMN-RJJ

O R D E R

This matter is before the Court on a Motion for Clarification of Magistrate Order (#303).

The Court having reviewed the Motion (#303), the Errata (#304), the Response (#306), the Errata (#307), the Joinders (#308 and #311), Reply (#310), and Errata (#312) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Court clarifies its Order (#305) in that discovery in this case was stayed when the Motion to Disqualify (#280) was filed on April 30, 2010.

DATED this  15th  day of March, 2011.

                                                   ROBERT J. JOHNSTON
                                                 United States Magistrate Judge