UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KABINS FAMILY LIMITED PARTNERSHIP, a Nevada Limited Partnership, *et al.,*<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHAIN CONSORTIUM, a Nevada general partnership, *et. al.*<br><br>　　　　Defendants. | 2:09-cv-1125-GMN-RJJ<br><br>**O R D E R** |

　　　This matter was referred to the undersigned Magistrate Judge on a Motion to Extend Time to Respond to Discovery (#316).

　　　The Court having reviewed the Motion (#316) and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the Motion to Extend Time to Respond to Discovery (#316) is DENIED.

　　　IT IS FURTHER ORDERED that on or before April 14, 2011, the parties shall file a joint, updated proposal for the completion of discovery.

　　　DATED this  31st   day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge