UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KABINS FAMILY, LLC., etc., *et al.*, ) | | |
| ) | | |
| Plaintiff, ) | | 2:09-cv-1125-GMN-RJJ |
| ) | | |
| vs. ) | | |
| ) | | |
| CHAIN CONSORTIUM, etc., ) | | O R D E R |
| ) | | |
| Defendant, ) | | |
| ) | | |

This matter is before the Court on a Counter-Motion to Strike the Deposition of Jeffrey Benton Chain and All Arguments Contained in the Response to Motion For Protective Order Regarding Proposed Oral Deposition of Albert D. Massi, Esq. (#396) and a Counter-Motion to Strike the Deposition of Jeffrey Benton Chain and All Arguments Contained in the Response to Emergency Motion to Stay Discovery (#398).

The Court has reviewed the Motions (#396 and #398) and the Responses (#405 & #406) thereto. No replies were filed. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Counter-Motion to Strike (#396) and the Counter-Motion to Strike (#398) **are GRANTED**.  Fed. R. Civ. P. 32(a)(1) provides no basis for the use of the deposition taken in an unrelated matter in this case.

DATED this   21st   day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judg6