UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KABINS FAMILY, LLC., etc., *et al*., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHAIN CONSORTIUM, etc., ) <br> ) <br> Defendant, ) <br> ) | 2:09-cv-1125-GMN-RJJ <br><br><br> O R D E R |

This matter is before the Court on Plaintiff's Motion for Relief From Court Order (Doc. No. 334) (#449).

The Court has reviewed the Motion (#449), the Response (#453), the Supplement to (#453) and the Reply (#457). Plaintiffs seek an order of the court disqualifying Albert Massi, Esq. as an attorney for any of the defendants in this case. This second motion to disqualify follows an earlier attempt (#280)  The earlier Motion to Disqualify (#280) was denied. *See,* Order (#334),  That decision was upheld on appeal. *See,* Order (#455).  Only eleven days after that latest order, Plaintiff filed this second motion to disqualify alleging newly discovered evidence that requires the disqualification of attorney Massi.  The court does not find that the earlier decision is brought into question by any viable new evidence.  Plaintiffs appear to be using the motion to disqualify as a tactical weapon to impair the ability of the defendants to resist and defend the allegations in the amended complaint. Good cause appearing therefore,

. . . .

1  IT IS HEREBY ORDERED that Plaintiff's Motion for Relief From Court Order (Doc.
2  No. 334) (#449) is **DENIED.**
3  DATED this __24th__ day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge