1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9
10
11
12
13
14

| | | |
|---|---|---|
| KABINS FAMILY, LLC., etc., *et al*., | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-1125-GMN-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAIN CONSORTIUM, etc., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |
| | ) | |

15   This matter is before the Court on Plaintiffs' Motion For Sanctions against Albert D.

16   Massi, Esq. (#479).

17   The Court has reviewed the Motion (#479), the Response (#480), and the Reply (#485).

18   This frivolous motion seeks an order from the court under 28 U.S.C. § 1927 or the Court's

19   inherent powers to impose sanctions on defendants and Albert Massi, Esq. because of dishonesty

20   and lack of candor in connection with declarations submitted to the court in this matter.  The

21   court finds no substance to this motion and summarily denies it.  Plaintiffs's counsel is

22   admonished to focus on the issues in the case and prosecute it to completion in accordance with

23   the federal rules of civil procedure. Good cause appearing therefore,

24   IT IS HEREBY ORDERED that  Plaintiffs' Motion For Sanctions against Albert D.

25   Massi, Esq. (#479) is **DENIED.**

26   DATED this   24th   day of September, 2012.

27

28

_____
ROBERT J. JOHNSTON
United States Magistrate Judge