1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KABINS FAMILY, LLC., etc., *et al.*, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1125-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| CHAIN CONSORTIUM, etc., ) | O R D E R |
| ) | |
| Defendant, ) | |

15   This matter is before the Court on Defendants' Counter Motion to Strike All References

16 to the Deposition of Jeffrey Benton Chain and All Related Arguments Contained in the Motion

17 For Sanctions Against Albert D. Massi, Esq. (#481).

18   The Court has reviewed the Motion (#481) and the Response (#484). Defendants seek an

19 order striking all references to the Chain deposition which was taken in an unrelated bankruptcy

20 case.  There is no basis for the court to allow references to the Chain deposition in this case.  If

21 the Plaintiffs want to submit an applicable affidavit by Jeffrey Chain or take his deposition in this

22 case with appropriate notice and opportunity to participate for all other parties in this case

23 ,Plaintiffs may proceed.  Fed R. Civ. P. 32(a)(1) provides no basis for the use of the deposition

24 taken in an unrelated matter in this case. Good cause appearing therefore ,

25   IT IS HEREBY ORDERED that Defendants' Counter Motion to Strike All References to

26 . . . .

27 . . . .

28 . . . .

1  the Deposition of Jeffrey Benton Chain and All Related Arguments Contained in the Motion For
2  Sanctions Against Albert D. Massi, Esq. **(#481) is GRANTED**.
3      DATED this __24th__ day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge