UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KABINS FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAIN CONSORTIUM, a Nevada general partnership, *et al.*, <br><br> Defendant. | 2:09-cv-01125-GMN-RJJ <br><br> **O R D E R** |

This matter came before the Court for a hearing on Plaintiffs' Motion to Compel and For Sanctions. (#418).

The Court has reviewed the Motion (#418), the Response (#423) and the Reply (#424) and has considered the argument and representations of counsel at the hearing held on the motion. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' **Motion to Compel (#418) is GRANTED IN PART AND DENIED IN PART** as outlined below (referencing the Motion to Compel (#418) at pgs. 29-31)**:**

1. GRANTING IV. a - In that the continued deposition of Dana Corbo is authorized. Deponent Corbo shall answer all questions in accordance with the Federal Rules of Civil Procedure. Chad Bowers, Esq., shall not improperly interfere with answers of the deponent. The deposition of Deponent Corbo must be completed on or before October 26, 2012.

2. GRANTING IV b. - On or before October 10, 2012, Plaintiffs shall file an affidavit regarding the reasonable costs, including attorneys' fees, incurred in bringing the

1  Motion to Compel (#418). A response to said affidavit of fees and costs shall be filed on or before October 17, 2012, A hearing on the affidavit of fees and costs is scheduled for October 22, 2012, at 10:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, 89101.

3.  DENYING IV. c - If Plaintiffs seek to take the deposition of Jeffrey Chain, they shall schedule it in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4.  DENYING IV. d. - Counsel shall schedule the taking of depositions in accordance with the Federal Rules of Civil Procedure and the Local Rules.

5.  DENYING IV. e. - Counsel shall meet and confer as required by the Federal Rules of Civil Procedure and the Local Rules. Any counsel may record the sessions by any means, but recording is not a prerequisite to meet and confer or personal consultation conferences required by the Federal Rules of Civil Procedure or the Local Rules.

6.  DENYING IV. f. - No costs or fees shall be awarded beyond those covered under paragraph 2 above.

DATED this   27th   day of September, 2012.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge